**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert Earl NETTLES, Defendant–
Appellant.**

**No. 13–14153
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 23, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, Carmen M. Lineberger, U.S. Attorney's Office, Fort Pierce, FL, Corey Steinberg,

---

U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Alvin E. Entin, Entin & Della Fera, PA, Fort Lauderdale, FL, for Defendant–Appellant.

Robert Earl Nettles, Coleman, FL, pro se.

Before WILSON, WILLIAM PRYOR and JULIE CARNES, Circuit Judges.

PER CURIAM:

Alvin E. Entin, appointed counsel for Robert Earl Nettles in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Nettles's convictions and total sentence are **AFFIRMED.**